**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DELMA GODDARD,**      )<br>                                                     )<br>                                                     )<br>                                                     )<br>            Movant,                       )<br>                                                     )       **CRIMINAL NO. 5:17-cr-22 (MTT)**<br>      v.                                          )<br>                                                     )       **CIVIL ACTION NO. 5:21-cv-316 (MTT)**<br>**UNITED STATES OF AMERICA,**   )<br>                                                     )<br>                                                     )<br>            Respondent.             )<br>  _____) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying movant Delma Goddard's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, and because Goddard has not "made a substantial showing of the denial of a constitutional right," the Magistrate Judge also recommends denying a certificate of appealability.  Doc. 799 at 10.  Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews de novo the portions of the Recommendation to which Goddard objects, and the remaining portions for clear error.  Doc. 800.  After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 799) is **ADOPTED** and made the Order of the Court.  Accordingly, Goddard's motion to vacate, set aside or correct sentence (Docs. 732; 745; 753) is **DENIED**.  As recommended by the Magistrate Judge, a certificate of appealability is **DENIED**.

**SO ORDERED**, this 10th day of July, 2023.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT