IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELMA GODDARD, | * |
| Movant, | * |
| v. | Criminal No. 5:17-cr-22 (MTT) |
| | * |
| UNITED STATES OF AMERICA, | Civil Action No. 5:21-cv-316 (MTT) |
| | * |
| Respondent. | * |

# JUDGMENT

Pursuant to this Court's Order dated July 10, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 11th day of July, 2023.

David W. Bunt, Clerk

s/ Erin L. Pettigrew, Deputy Clerk